IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:20-cv-00033

ERIC CENTENO,                                    )
                                                 )
                Plaintiff,                       )
                                                 )
vs.                                              )
                                                 )
HALIFAX COUNTY SHERIFF WES TRIPP,                )        **PETITION FOR REMOVAL**
in his individual and official capacities;       )
WARREN AARON SMITH, in his individual            )
capacity, and JOHN DOE CORPORATION, in           )
its capacity as Surety on the Official Bond of   )
the Sheriff of Halifax County,                   )
                                                 )
                Defendants.                      )

NOW COMES defendant Sheriff Wes Tripp, the duly elected and sworn Sheriff of Halifax County, North Carolina. by and through counsel, and respectfully petitions the United States District Court for the Eastern District of North Carolina to remove the above-captioned action commenced in the Superior Court of Halifax County, North Carolina, Docket No. 20 CVS 38, to this Court pursuant to 28 U.S.C. § 1441, *et seq*. and, in support thereof, shows unto the court the following:

The petitioner, Sheriff Wes Tripp, is a defendant in a civil action brought against him in the Superior Court of the State of North Carolina, Halifax County, entitled <u>Eric Centeno v. Halifax County Sheriff Wes Tripp, in his individual and official capacities, Warren Aaron Smith, in his individual capacity, and John Doe Corporation, in its capacity as Surety on the Official Bond of the Sheriff of Halifax County,</u> Docket No. 20 CVS 38.

The Complaint accompanying this petition was filed on January 14, 2020. Defendant Sheriff Tripp was purportedly served with a copy of the Summons and Complaint on January 28, 2020. Consequently, this petition for removal is timely filed.

This action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, § 1331, and is one which may be removed to this Court by the petitioner, a defendant herein, pursuant to the provisions of Title 28, United States Code § 1441. More particularly, the allegations of Plaintiff's Complaint make it clear that this is a civil action which arises under the Constitution of the United States. In his Complaint, Plaintiff alleges that "This action is brought pursuant to 42 U.S.C. §1983 for acts committed by Defendants under color of state law that deprived Plaintiff of her [sic] rights under the Fourth and Fourteenth Amendments of the United States Constitution." (Complaint, ¶ 5). Plaintiff's first cause of action purports to assert a claim styled as a "42 U.S.C. § 1983 and U.S. Const. Amend. IV – Excessive Force." (Complaint, ¶¶ 29-37). Therein, Plaintiff states that he is bringing "This claim under 42 U.S.C. §1983" against Defendant Smith in his individual capacity and that "Defendant Smith's misconduct deprived Plaintiff of his rights under the Fourth and Fourteenth Amendments to the United States Constitution." (Complaint, ¶¶ 30, 34).

The above-described constitutional claim is a separate and independent claim or cause of action, and the Complaint also includes two pendent North Carolina state law tort claims arising from the same alleged incident giving rise to Plaintiff's federal constitutional claim. If sued upon alone, the Plaintiff's federal claim or cause of action would be one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and could be removed to this Court by the petitioner, the defendant herein, had that federal claim or cause of action been

2

brought separately.  By virtue of the provisions of 28 U.S.C. § 1441(c), this entire case is one which may be removed to this Court.

This Court is the proper venue for the removal of this action under 28 U.S.C. § 1446(a) because it is located in the district and division where the state court action was pending.

All documents associated with Superior Court of Halifax County, North Carolina, File No. 20 CVS 38 of which the petitioner is aware are attached hereto.

Counsel for the petitioning defendant, Sheriff Tripp, has conferred with counsel for defendant Warren Aaron Smith and is authorized to represent that defendant Smith consents to this Petition for Removal.

A copy of this Petition for Removal will be filed with the Clerk of Court for the Superior Court of Halifax County, North Carolina and served upon counsel for the Plaintiff.  A copy of the Notice of Filing of Petition of Removal is attached hereto as Exhibit A.

WHEREFORE, petitioner Sheriff West Tripp respectfully requests that the above action now pending against him in the Superior Court of North Carolina, in and for the County of Halifax, be removed therefrom to this Honorable Court.

Respectfully submitted, this the 25th day of February, 2020.

/s/ BRADLEY O. WOOD
BRADLEY O. WOOD
N.C. State Bar No. 22392
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail:  Brad.Wood@wbd-us.com
*Counsel for Defendant Sheriff Wes Tripp*

3

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on February 25, 2020, a copy of the foregoing **PETITION FOR REMOVAL** was filed with the Clerk of Court using the CM/ECF system.

It is further certified that on February 25, 2020, a copy of the foregoing **PETITION FOR REMOVAL** was sent to the following non-CM/ECF participants by first-class mail:

Paul E. Smith
Narendra K. Ghosh
Trisha S. Pande
PATTERSON HARKAVY LLP
100 Europa Drive Suite 420
Chapel Hill, North Carolina 27517
Email: psmith@pathlaw.com
Email: nghosh@pathlaw.com
Email: tpande@pathlaw.com
*Counsel for Plaintiff*

Kari R. Johnson
BATTEN LEE PLLC
4141 Parklake Avenue Suite 350
Raleigh, NC, 27612
E-mail: kjohnson@battenlee.com
*Counsel for defendant Warren Aaron Smith*

/s/ BRADLEY O. WOOD
BRADLEY O. WOOD
N.C. State Bar No. 22392
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail: Brad.Wood@wbd-us.com
*Counsel for Defendant Sheriff Wes Tripp*

4