| | |
|---|---|
| ERIC CENTENO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WES TRIPP, WARREN AARON SMITH, )<br>JOHN ODE CORPORATION, and THE )<br>OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 4:20-CV-33-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants Tripp and The Ohio Casualty Insurance Company made Plaintiff an offer of judgment of $25,000.00 on June 30, 2021. Plaintiff accepted the offer of judgment on July 12, 2021. Accordingly, judgment is entered against Defendants Sheriff Tripp and The Ohio Casualty Insurance Company pursuant to Rule 68(a).

**This Judgment Filed and Entered on July 23, 2021, and Copies To:**

| | |
|---|---|
| Narendra K. Ghosh | (via CM/ECF electronic notification) |
| Trish Pande | (via CM/ECF electronic notification) |
| Paul E. Smith | (via CM/ECF electronic notification) |
| Bradley Owen Wood | (via CM/ECF electronic notification) |
| Norwood P. Blanchard | (via CM/ECF electronic notification) |

DATE:  
July 23, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk